# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PORTER DOUGLAS WHITE, et al., | ) | 1:08-cv-00738 OWW GSA |
| | ) | |
| Plaintiffs, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 4) |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

On June 23, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiffs' action be dismissed without prejudice for failure to state a claim upon which relief may be granted. These Findings and Recommendations were served on Plaintiffs on July 3, 2008, and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. On July 25, 2008, Plaintiff Porter White filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 23, 2008, are ADOPTED IN FULL; and

2. This action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   October 20, 2008**                             **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE